## MARK L. LUBELSKY AND ASSOCIATES
ATTORNEYS AT LAW

123 WEST 18th STREET, 8th FLOOR<br>
NEW YORK, NEW YORK 10011<br>
TELEPHONE: (212) 242-7480<br>
FACSIMILE: (646) 619-4631

**VIA ECF**

April 15, 2015

The Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
United States Courthouse
Courtroom 504 North
225 Cadman Plaza East
Brooklyn, New York 11201

               Re: Reyes, Eddy v. Phoenix Beverages, Inc. Status Letter
               Index No.:  13-CV-5588 (PKC)(VMS)

To the Honorable Vera M. Scanlon:

We are counsel for Plaintiff Eddy Reyes ("Plaintiff") in the above-captioned matter. Yesterday, April 14, 2015, Plaintiff's counsel submitted a joint letter on behalf of Plaintiff's counsel and Defendant's counsel in regards to the status of discovery, pursuant to the Court's Order dated April 9, 2015. Defense counsel has requested that the medical evaluation of Mr. Sgro referred to in the joint letter be included for Your Honor's consideration. The document is attached.

Best Regards,

MARK L. LUBELSKY AND ASSOCIATES

/s/ Josef K. Mensah

Josef K. Mensah
MLL:jkm